UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.: 7:17-CR-145-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | ORDER TO SEAL |
| vs. ) | |
| ) | |
| ) | |
| VALENTINO QURAN WHITE, ) | |
| Defendant ) | |

Upon motion of the court appointed counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 126 be sealed until such time as requested to be unsealed by Defense Counsel.

This the 29th day of January, 2019.

_____
Louise W. Flanagan
Honorable United States District Court Judge